UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

AMADO DELAROSA,

                Defendant.

**ORDER**

19 Cr. 356 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the sentencing in this action previously scheduled for December 5, 2019 is adjourned to **December 20, 2019 at 3:30 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
      November 22, 2019

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge