UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

AMADO DELAROSA,

Defendant.

**ORDER**

19 Cr. 356 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the sentencing previously scheduled for December 20, 2019 is adjourned to **January 15, 2020 at 4 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
December 10, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge